# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>STYLEBERRY CORPORATION, a California Corporation; NOBLE U, a Business Entity of Form Unknown; and DOES 1 through 10,<br><br>Defendants. | Case No.: 2:17-cv-06549-JFW-RAO<br>*Hon. John F. Walter Presiding*<br><br>**JUDGEMENT ON APPLICATION FOR DEFAULT JUDGMENT BY COURT RE STYLEBERRY CORPORATION** |

### ***JUDGMENT:***

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

A Judgment in the amount of $**32,866.10** (which includes $30,000.00 in statutory damages, $2,400.00 in attorneys' fees, and $466.10 in recoverable costs) is hereby GRANTED and ENTERED against STYLEBERRY CORPORATION, a California Corporation, and in favor of STAR FABRICS, INC., along with interest in the amount prescribed by statute.

SO ORDERED.

Date January 16, 2018  
_____  
Hon. John F. Walter  
United States District Judge